IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIO DREGUEZ FRIAS,

    Petitioner,

v.                                  4:15cv362-WS/CJK

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed September 21, 2015.  See Doc. 10.  The magistrate judge recommends that Elio Dreguez Frias's amended petition for writ of habeas corpus be dismissed. Frias has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 10) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's amended petition (doc. 9) for writ of habeas corpus and this action are DISMISSED for lack of subject matter jurisdiction.

3.  The clerk shall enter judgment stating: "The petitioner's amended petition for writ of habeas corpus and this action are DISMISSED."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this   7th   day of   December  , 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE